# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-CV-314-FDW-DSC

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| CHRISTIAN BROOME HUNT a/k/a CHRISTY HUNT, Individually, and d/b/a RICKY J'S SPORTS BAR AND GRILLE, a/k/a RICKY J'S SPORT BAR, and RICKY J'S SPORTS BAR AND GRILLE, a/k/a RICKY J'S SPORT BAR, | ) **FINAL ORDER OF JUDGMENT** |
| Defendants. | ) |

THIS MATTER comes now before the Court on the issues remaining following summary judgment. Following a hearing held before the undersigned on March 31, 2010, the Court granted Plaintiff's motion for summary judgment. Though notice of the hearing on summary judgment was sent to Defendants, Defendants failed to appear. After awarding summary judgment to Plaintiff, the Court requested supplemental briefings from the parties on the issue of damages, costs, and fees, and the Clerk sent notice to Defendants of the Court's ruling and the Court's request for a supplemental briefing. Defendants failed to respond. A damages hearing was held before the undersigned on April 28, 2010. Though notice of the damages hearing was sent to Defendants, Defendants once again failed to appear. The Court heard argument from Plaintiff's counsel and subsequently made an oral ruling awarding statutory damages, enhanced damages for the Defendants' willful violation, and attorneys' fees and costs.

ACCORDINGLY, IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered in favor of Plaintiff, Joe Hand Promotions, and against Defendants, Christian Broome Hunt also known as Christy Hunt, individually, and doing business as Ricky J's Sports Bar and Grille, also known as Ricky J's Sport Bar, and Ricky J's Sports Bar and Grille, also known as Ricky J's Sport Bar, jointly and severally, as follows:

1. In the amount of TEN THOUSAND DOLLARS ($10,000) for statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); and

2. In the amount of TWENTY THOUSAND DOLLARS ($20,000) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) for enhanced damages for the Defendants' willful violation of 47 U.S.C. § 605(a) committed for purposes of direct commercial advantage and private financial gain; and

3. In the amount of THREE THOUSAND TEN DOLLARS AND SEVENTY-FIVE CENTS ($3,010.75) for attorneys' fees and costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

The Clerk is directed to enter judgment in accordance with this Order and is further directed to send copies of this Order and the Clerk's judgment to Defendants at the following mailing addresses: Christian Broome Hunt, 13923 Cinnabar Place, Huntersville, NC 28078, which is that Defendant's address of record, and to Ricky J's Sports Bar and Grille, 2627 Sam Wilson Road, Charlotte, NC 28214.

IT IS SO ORDERED.

Signed: May 12, 2010

Frank D. Whitney
United States District Judge