# United States District Court
## For The Western District of North Carolina
### Charlotte Division


Joe Hand Promotions, Inc.,

          Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                      3:09-cv-314

Christian Broome Hunt,
Ricky J's Sports Bar and Grille,

          Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2010 Final Order of Judgment.

          Signed: May 12, 2010

          Frank G. Johns, Clerk
          United States District Court