# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joe Hand Promotions, Inc.,

    Plaintiff(s),

vs.

Christian Broome Hunt,
Ricky J's Sports Bar and Grille,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-314

DECISION BY COURT. This action having come before the Court by Motion and Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2010 Final Order of Judgment.

Signed: May 12, 2010

Frank G. Johns, Clerk
United States District Court